**CRIMINAL COMPLAINT**
(Submitted Electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br><br>**JAHARA WILLIAM BYFIELD**<br>DOB: XX/XX/1999; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>**20-06023MJ** |
|---|---|

Complaint for violation of Title 18, United States Code §§ 2252) A(a)(5)(B) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about February 19, 2020, in the District of Arizona, the defendant, JAHARA WILLIAM BYFIELD, using any means or facility of interstate or foreign commerce, did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and pre-pubescent minors, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise; to wit, JAHARA WILLIAM BYFIELD knowingly possessed an LG Stylo 3 cellphone which contained child pornography videos and images, including, but not limited to, a file entitled "Video 13-07-2018, 01 19 00 (1).mov."

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about July 6, 2020, a Homeland Security Investigation Task Force Officer received a report about the uploading of numerous digital video and picture files depicting child sexual abuse to a Dropbox Inc, digital cloud storage service. Investigation revealed that the account holder of the subject Dropbox account was listed as David Moore, with an associated email address of byfieldjahara@gmail.com. Centurylink, the owner of the IP address 63.235.112.231 associated with the uploads to Dropbox, indicated that the IP was assigned to Boingo Wireless Inc. during the file transfer period. Boingo Wireless, Inc. is a communication service that provides internet services to soldiers living in the barracks on Fort Huachuca, Arizona. Pursuant to a search warrant, Google, Inc. returned subscriber information and the contents of the email address byfieldjahara@gmail.com. The contents of the account included an email with delivery notification to Jahara Byfield at 2-13 Aviation Regiment, in Fort Huachuca, Arizona.

U.S. Army CID Agent Larson confirmed that Byfield is a soldier assigned to Fort Huachuca for training and resides on Fort Huachuca. In addition, Agent Larson reported that Byfield had been arrested by the U.S. Army CID in connection with an incident on September 17, 2019, where he confessed to accessing, receiving, and viewing child pornography on his cellphone. An initial preview of the cellphone seized by Army CID confirmed that Byfield was in possession of child sex abuse images, including (but not limited to) a file entitled "Video 13-07-2018, 01 19 00 (1).mov." which depicts a prepubescent female child performing oral sex on what appears to be an adult male.

Pursuant to a search warrant, Dropbox Inc. provided the contents of the cloud storage account assigned to the byfieldjahara@gmail.co account. The account appeared to be organized into subfolders, and included over 900 video and image files depicting children engaging in sexually explicit conduct.

On August 28, 2020, Byfield admitted in a post-Miranda statement that he has an addiction to child pornography, and said that he had been obtaining the material online and then saving it to his Dropbox Inc., account. He further stated he visited the subject account recently to see if the images and videos were still there, and confirmed that they were.

| MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: | | |
|---|---|---|
| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA Carin C. Duryee<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | CARIN DURYEE <br><small>Digitally signed by CARIN DURYEE<br>Date: 2020.08.30 19:20:55 -07'00'</small> | SIGNATURE OF COMPLAINANT |
| | | OFFICIAL TITLE & NAME:<br>SVPD, Task Force Officer.<br>H. S. I. |
| Sworn to Telephonically. | | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | | DATE August 31, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54